IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR CONSTRUCTION HOLDINGS, LLC, an Iowa limited liability company, TCG, INC., an Iowa corporation, TAYLOR CONSTRUCTION GROUP, LLC, an Iowa limited liability company, TAYLOR LARSON, LLC, an Iowa limited liability company, TAYLOR COLORADO, LLC, an Iowa limited liability company, TAYLOR KANSAS CITY, LLC, an Iowa limited liability company, TAYLOR OHDE, LLC, an Iowa limited liability company and CARSON TAYLOR HARVEY, INC., a Nevada dissolved corporation,<br><br>Defendants. | Filed<br>March 11, 2008   TG<br>08cv1435<br>Judge Coar<br>Magistrate Judge Denlow<br><br>Case No.:<br><br>Judge:<br><br>Magistrate Judge |

## **COMPLAINT**

Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, one of its present trustees, for a cause of action against Defendant Taylor Construction Holdings, LLC, Defendant TCG, Inc., Defendant Taylor Construction Group, LLC, Defendant Taylor Larson, LLC, Defendant Taylor Colorado, LLC, Defendant Taylor Kansas City, LLC, Defendant Taylor Ohde, LLC, and Defendant Carson Taylor Harvey, Inc. allege as follows:

## **JURISDICTION AND VENUE**

1.  This is an action for collection of withdrawal liability, interest, and penalties incurred by an employer as a result of a withdrawal from a multiemployer pension plan.

2.   This action arises under the Employer Retirement Income Security Act of 1974 ("ERISA") *as amended* by the Multiemployer Pension Plan Amendments Act of 1980, 29 U.S.C. § 1001 *et seq.* (1982). This Court has jurisdiction over this action under sections 502(e), 502(f) and 4301(c) of ERISA, 29 U.S.C. §§ 1132(e), 1132(f) and 1451(c).

3.   Venue lies in this Court under sections 502(e)(2) and 4301(d) of ERISA, 29 U.S.C. §§ 1132(e)(2) and 1451(d), because the Pension Fund is administrated at its principal place of business in Rosemont, Illinois. Venue also lies in this Court pursuant to the forum selection clause of the Pension Fund Trust Agreement.

## PARTIES

4.   Plaintiff Pension Fund is a multiemployer pension plan within the meaning of section 3(37) and 4001(a)(3) of ERISA, 29 U.S.C. §§ 1002(37) and 1301(a)(3). Plaintiff Howard McDougall is a present trustee of the Pension Fund and he and his fellow trustees are the plan sponsors of the Pension Fund within the meaning of section 4001(a)(10) of ERISA, 29 U.S.C. § 1301(a)(10). The Trustees administer the Pension Fund at 9377 West Higgins Road, Rosemont, Illinois, 60018.

5.   Pursuant to sections 502(a)(3) and 4301(a)(1) of ERISA, 29 U.S.C. §§ 1132(a)(3) and 1451(a)(1), the Trustees are authorized to bring this action on behalf of the Pension Fund, its participants, and beneficiaries for the purpose of collecting withdrawal liability.

6.   Defendant Taylor Construction Holdings, LLC ("Taylor Construction Holdings") is a limited liability company organized under the laws of the State of Iowa.

7.   Defendant TCG, Inc. ("TCG") is a corporation organized under the laws of the State of Iowa.

8. Defendant Taylor Construction Group, LLC ("Taylor Construction Group") is a limited liability company organized under the laws of the State of Iowa.

9. Defendant Taylor Larson, LLC ("Taylor Larson") is a limited liability company organized under the laws of the State of Iowa.

10. Defendant Taylor Colorado, LLC "(Taylor Colorado") is a limited liability company organized under the laws of the State of Iowa.

11. Defendant Taylor Kansas City, LLC ("Taylor Kansas City") is a limited liability company organized under the laws of the State of Iowa.

12. Defendant Taylor Ohde, LLC ("Taylor Ohde") is a limited liability company organized under the laws of the State of Iowa.

13. Defendant Carson Taylor Harvey, Inc. ("Carson Taylor Harvey") is a dissolved corporation organized under the laws of the State of Nevada.

## CLAIM FOR RELIEF

14. Plaintiffs hereby reallege and incorporate each and every allegation made in paragraphs 1 through 13 of this Complaint as though fully set forth herein.

15. During all relevant periods, Taylor Construction Holdings was bound by collective bargaining agreements with certain local unions affiliated with the International Brotherhood of Teamsters pursuant to which it was required to make contributions to the Pension Fund on behalf of certain of its employees.

16. During all relevant time periods, TCG owned at least 80% of the total combined voting power of all classes of stock of Taylor Construction Holdings entitled to vote and/or at least 80% of the total value of shares of all classes of stock of Taylor Construction Holdings.

17.     During all relevant time periods, Taylor Construction Holdings owned at least 80% of the total combined voting power of all classes of stock of Taylor Construction Group entitled to vote and/or at least 80% of the total value of shares of all classes of stock of Taylor Construction Group.

18.     During all relevant time periods, Taylor Construction Holdings owned at least 80% of the total combined voting power of all classes of stock of Taylor Larson entitled to vote and/or at least 80% of the total value of shares of all classes of stock of Taylor Larson.

19.     During all relevant time periods, Taylor Construction Holdings owned at least 80% of the total combined voting power of all classes of stock of Taylor Colorado entitled to vote and/or at least 80% of the total value of shares of all classes of stock of Taylor Colorado.

20.     During all relevant time periods, Taylor Construction Holdings owned at least 80% of the total combined voting power of all classes of stock of Taylor Kansas City entitled to vote and/or at least 80% of the total value of shares of all classes of stock of Taylor Kansas City.

21.     During all relevant time periods, Taylor Construction Holdings owned at least 80% of the total combined voting power of all classes of stock of Taylor Ohde entitled to vote and/or at least 80% of the total value of shares of all classes of stock of Taylor Ohde.

22.     During all relevant time periods, Taylor Construction Holdings owned at least 80% of the total combined voting power of all classes of stock of Carson Taylor Harvey entitled to vote and/or at least 80% of the total value of shares of all classes of stock of Carson Taylor Harvey.

23. Taylor Construction Holdings, TCG, Taylor Construction Group, Taylor Larson, Taylor Colorado, Taylor Kansas City, Taylor Ohde, Carson Taylor Harvey, and all other trades or businesses under common control with them ("Taylor Construction Holdings Controlled Group") constitute a single employer within the meaning of Section 4001(b)(1) of ERISA, 29 U.S.C. § 1301(b)(1), and the regulations promulgated thereunder.

24. The Taylor Construction Holdings Controlled Group is the employer for purposes of the determination of withdrawal liability under Title IV of ERISA.

25. The Pension Fund determined that on or about December 31, 2005, the Taylor Construction Holdings Controlled Group ceased to have an obligation to contribute to the Pension Fund or permanently ceased all covered operations, thereby effecting a "complete withdrawal," as defined in section 4203 of ERISA, 29 U.S.C. § 1383.

26. As a result of this complete withdrawal, the Taylor Construction Holdings Controlled Group incurred withdrawal liability to the Pension Fund in the amount of $22,657.51 as determined under section 4201(b) of ERISA, 29 U.S.C. § 1381(b).

27. On or about July 27, 2007 the Taylor Construction Holdings Controlled Group, through Steve E. Zumnach, registered agent of TCG, Inc., received a notice and demand for payment of withdrawal liability issued by the Pension Fund in accordance with sections 4202(2) and 4219(b)(1) of ERISA, 29 U.S.C. §§ 1382(2) and 1399(b)(1). The notice and attached invoice notified the Taylor Construction Holdings Controlled Group that pursuant to section 4219(c)(5)(B), 29 U.S.C. §1399(c)(5)(B) and Appendix E, section 5(e)(2)(E) of the Pension Plan, that it must discharge its liability in one payment totaling $22,657.51.

28. The Taylor Construction Holdings Controlled Group has failed to make the withdrawal liability payments to the Pension Fund.

29. The Taylor Construction Holdings Controlled Group did not timely initiate arbitration pursuant to section 4221(a)(1) of ERISA, 29 U.S.C. § 1401(a)(1). Consequently, the amounts demanded by the Pension Fund are due and owing pursuant to section 4221(b)(1) of ERISA, 29 U.S.C. § 1401(b)(1).

30. The Taylor Construction Holdings Controlled Group failed to make the required withdrawal liability payments to the Pension Fund and fell into default within the meaning of section 4219(c)(5) of ERISA, 29 U.S.C. § 1399(c)(5).

**WHEREFORE**, Plaintiffs request the following relief:

(a) A judgment against Taylor Construction Holdings, LLC, TCG, Inc., Taylor Construction Group, LLC, Taylor Larson, LLC, Taylor Colorado, LLC, Taylor Kansas City, LLC, Taylor Ohde, LLC, and Carson Taylor Harvey, Inc., pursuant to sections 502(g)(2) and 4301(b) of ERISA, 29 U.S.C. §§ 1132(g)(2) and 1451(b), for:

(1) $22,657.51 in withdrawal liability;

(2) interest computed and charged at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by Chase Manhattan Bank (New York, New York) for the fifteenth day of the month for which interest is charged;

(3) an amount equal to the greater of the interest on the withdrawal liability or liquidated damages of 20% of the withdrawal liability; and

(4) attorney's fees and costs.

(b) Post-judgment interest computed and charged on the entire judgment balance at an annualized interest rate equal to two percent (2%) plus the prime

interest rate established by Chase Manhattan Bank (New York, New York) for the fifteenth day of the month for which interest is charged, compounded annually; and

(c) For such or different relief as this Court may deem proper and just.

Respectfully submitted,

/s/ Rebecca K. McMahon
Rebecca K. McMahon
Attorney for Plaintiffs
Central States, Southeast and Southwest Areas
Pension Fund
9377 West Higgins Road
Rosemont, Illinois  60018-4938
847/518-9800, Ext. 3441
ARDC #06290192

March 11, 2008