**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Central States Pension Fund and Howard McDougall, trustee, Plaintiffs, v. Taylor Construction Holdings, LLC, TCG, Inc., Taylor Construction Group, LLC, Taylor Larson, LLC, Taylor Colorado, LLC, Taylor Kansas City, LLC, Taylor Ohde, LLC and Carson Taylor Harvey, Inc., Defendants. | Filed March 11, 2008 TG 08cv1435 Judge Coar Magistrate Judge Denlow |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee

| NAME (Type or print) |
|---|
| Rebecca K. McMahon |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Rebecca K. McMahon |
| FIRM |
| Central States Law Department |
| STREET ADDRESS |
| 9377 W. Higgins Road |
| CITY/STATE/ZIP |
| Rosemont, IL  60018-4938 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06290192 | 847/518-9800, Ext. 3441 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐