## United States District Court for the Northern District of Illinois

Case Number: 08CV1435            Assigned/Issued By: J. N.

Judge Name: COAR               Designated Magistrate Judge: DENLOW

---

### FEE INFORMATION

Amount Due:   [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____           Receipt #: 2602845_____

Date Payment Rec'd: 3-11-08_____        Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

8___ Original and 0_____ copies on 3-11-08_____ as to ALL DEFENDANTS_____
                                        (Date)

_____
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05