AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee, Plaintiffs,

V.

Taylor Construction Holdings, LLC, TCG, Inc., Taylor Construction Group, LLC, Taylor Larson, LLC, Taylor Colorado, LLC, Taylor Kansas City, LLC, Taylor Ohde, LLC and Carson Taylor Harvey, Inc., Defendants.

CASE NUMBER: **08 C 1435**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE COAR**
**MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

TCG, Inc.,
c/o Steve Zumbach, Registered Agent
Belin Law Firm
2000 Financial Center
Des Moines, Iowa 50309

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rebecca K. McMahon
Central States Law Department
9377 West Higgins Road
Rosemont, Illinois 60018-4938

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**March 11, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 18, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James E. Mazour | Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served TCG, Inc by delivering said documents to its registered agent Steven E. Zumbach at 666 Walnut Street, Suite 2000, Des Moines, Iowa 50309.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $12.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   03/19/08
                 Date                    Signature of Server

Address of Server

JAMES MAZOUR INVESTIGATIONS
P.O. BOX 13365
DES MOINES, IA 50310

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.