IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR CONSTRUCTION HOLDINGS, LLC, an Iowa limited liability company, TCG, INC., an Iowa corporation, TAYLOR CONSTRUCTION GROUP, LLC, an Iowa limited liability company, TAYLOR LARSON, LLC, an Iowa limited liability company, TAYLOR COLORADO, LLC, an Iowa limited liability company, TAYLOR KANSAS CITY, LLC, an Iowa limited liability company, TAYLOR OHDE, LLC, an Iowa limited liability company and CARSON TAYLOR HARVEY, INC., a Nevada dissolved corporation,<br><br>Defendants. | Case No. 08 C 1435<br><br>The Honorable<br>District Judge Coar |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee, hereby give notice of their voluntary dismissal of the above captioned matter. Plaintiffs further state that the dismissal shall be without prejudice.

    Respectfully submitted,

    /s/ Anthony E. Napoli
    Anthony E. Napoli, Attorney for Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund
    9377 West Higgins Road,
    Rosemont, Illinois  60018-4938
    847/518-9800, Ext. 3702

F: 263161 / 08110041 / 5/28/08

## **CERTIFICATE OF SERVICE**

I, Anthony E. Napoli, one of the attorneys for Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, certify that on May 28, 2008, I caused the foregoing Notice of Voluntary Dismissal Without Prejudice to be filed electronically. I served the foregoing by mailing said Notice to:

> Christopher McDonald
> Belin Lamson McCormick Zumbach Flynn
> 666 Walnut Street, Suite 2000
> Des Moines, Iowa 50309

Said Notice was deposited in the United States Mail at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, with proper prepaid postage affixed thereto, this 28 day of May, 2008.

/s/ Anthony E. Napoli
Anthony E. Napoli
One of Central States' Attorneys

F: 263161 / 08110041 / 5/28/08