# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1435 | **DATE** | 5/28/2008 |
| **CASE TITLE** | Central States, SE & SW PF vs. Taylor Construction Holdings, LLC, et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the Notice of Voluntary Dismissal without Prejudice [18], this action is dismissed without prejudice. Status of 5/30/2008 is stricken. Civil case terminated.

/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|